83,799-01

November 26th 2015

Abel Acosta - Clerk
Court Of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas      78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 01 2015

Abel Acosta. Clerk

Ricky Molina - T.D.C.J # 1920253

Re: Molina, Ricky
CCA No. WR-83,799-01
Trial Court Case No. 1307050-A

    I am writting to inform you that I have been transferred to the "Lynaugh Unit." I have a Writ of Habeas Corpus. The above case was to be submitted to the Court on Wendsday, November 4th 2015. I would like to know the status pertainning to the above case. Please feel free to contact me and I appreciate all the time and effort you put into this matter.

Thankfully,
Ricky Malina
Ricky Molina, Pro Se
"Lynaugh Unit"
1098 S. Hwy 2037
Fort Stockton, Texas - 79735